# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Bara Infoware, Inc. | ) ASBCA No. 61502 |
| | ) |
| Under Contract No. W91238-10-D-0033 | ) |

APPEARANCES FOR THE APPELLANT:    Mia S. Blackler, Esq.
    Lubin Olson & Niewiadomski LLP
    San Francisco, CA

    Ms. Selina Singh
    President

    Mr. Manjinder P. Singh
    Vice President

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
    Engineer Chief Trial Attorney
    Robert W. Scharf, Esq.
    Alfred L. Faustino, Esq.
    Timothy A. Holliday, Esq.
    Engineer Trial Attorneys
    U.S. Army Engineer District, Sacramento

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: January 23, 2020

JAMES R. SWEET
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61502, Appeal of Bara Infoware, Inc., rendered in conformance with the Board's Charter.

Dated:  **JAN 2 7 2020**

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals